**FILED**
**JAN 3 0 2006**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLYN RODRIGUEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | C.A. NO. A05CA994LY |
| v. | § | JURY REQUESTED |
| | § | |
| MAYTAG CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff **CAROLYN RODRIGUEZ** and Defendant **MAYTAG CORPORATION** file this Joint Motion to Dismiss with Prejudice in the above-captioned cause, and respectfully request that this Court dismiss with prejudice all claims in this cause for the reason that the claims have been resolved.

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully request that this Court dismiss with prejudice all claims that were brought or that could have been brought by Plaintiff against Defendant, with each party bearing its own costs and attorneys' fees.

Respectfully submitted:

LAW OFFICES OF FRANK J. WEBB

_____
FRANK J. WEBB
State Bar No. 21025600
3131 McKinney Avenue, Suite 700
Dallas, Texas 75204
Ph. 214.969.9029
Fx. 214.953.0583 fax

ATTORNEYS FOR PLAINTIFF

BRADEN, VARNER & ALDOUS, P.C.

_____
ROBERT R. VARNER, JR.
State Bar No. 20499450
STEVEN E. ALDOUS
State Bar No. 00982100
703 McKinney Ave., Suite 400
Dallas, Texas 75202
Ph. 214.740.0212
Fax 214.740.0217

ATTORNEYS FOR DEFENDANT